**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 LEKMATTIE SINGH,

                              Plaintiff,                  25 **CIVIL** 6395 (ALC)

      -v-                                    **JUDGMENT**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated February 10, 2026, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, for further administrative proceedings and a new decision

pursuant to the fourth sentence of 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292

(1993).

**Dated:**  New York, New York

       February 13, 2026

                                        **TAMMI M. HELLWIG**

                                        _____
                                          **Clerk of Court**

**BY:**

                                        _____
                                          **Deputy Clerk**